Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: JEONG, IN YOUNG | § | Case No. 15-31399 |
|     JEONG, WON SUN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 15, 2015.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of     $      39,379.21

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 39.90 |
| Bank service fees | 304.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 39,034.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/20/2016 and the deadline for filing governmental claims was 03/13/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,653.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $4,653.47, for a total compensation of $4,653.47.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $29.70, for total expenses of $29.70.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/01/2016         By: /s/Ira Bodenstein
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-31399  
**Case Name:** JEONG, IN YOUNG  
JEONG, WON SUN  
**Period Ending:** 04/01/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 09/15/15 (f)  
**§341(a) Meeting Date:** 10/30/15  
**Claims Bar Date:** 01/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Chase Business checking at zero due to citation<br>Orig. Asset Memo: Orig. Description: Chase Business checking at zero due to citation to discover.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 33,492.78 | FA |
| 2 | Chase Personal checking at zero due to citation<br>Orig. Asset Memo: Orig. Description: Chase Personal checking at zero due to citation to discover.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 5,886.43 | FA |
| 3 | Household goods and furnishings.<br>Orig. Asset Memo: Orig. Description: Household goods and furnishings.; Imported from original petition Doc# 1; Exemption: Household goods and furnishings. - Amount: 900.00 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel<br>Orig. Asset Memo: Orig. Description: Wearing apparel; Imported from original petition Doc# 1; Exemption: Wearing apparel - Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | White Cleaners, 50/50 ownership of business 9003<br>Orig. Asset Memo: Orig. Description: White Cleaners, 50/50 ownership of business 9003 151st Orland Park, IL 60462; Imported from original petition Doc# 1; Exemption: White Cleaners, 50/50 ownership of business 9003 151st Orland Park, IL 60462 - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2007 Toyota Camry with 100,000 miles PIF<br>Orig. Asset Memo: Orig. Description: 2007 Toyota Camry with 100,000 miles PIF; Imported from original petition Doc# 1; Exemption: 2007 Toyota Camry with 100,000 miles - Amount: 4800.00 | 5,900.00 | 0.00 | | 0.00 | FA |
| 7 | 2000 Ford Winstar with 100,000 miles PIF<br>Orig. Asset Memo: Orig. Description: 2000 Ford Winstar with 100,000 miles PIF; Imported from original petition Doc# 1 | 1,262.00 | 0.00 | | 0.00 | FA |
| 7 Assets | **Totals** (Excluding unknown values) | **$10,262.00** | **$0.00** | | **$39,379.21** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31399  
**Case Name:** JEONG, IN YOUNG  
JEONG, WON SUN  
**Period Ending:** 04/01/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 09/15/15 (f)  
**§341(a) Meeting Date:** 10/30/15  
**Claims Bar Date:** 01/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  June 30, 2016      **Current Projected Date Of Final Report (TFR):**  June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-31399
**Case Name:** JEONG, IN YOUNG
JEONG, WON SUN
**Taxpayer ID #:** **-***1822
**Period Ending:** 04/01/16

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******7766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/19/15 | {2} | Chase | Funds sent from closed account # ..........9491 | 1129-000 | 5,886.43 | | 5,886.43 |
| 10/20/15 | {1} | McFadden & Dillon PC | Return of funds from Citiation of Chase Bank account | 1129-000 | 33,492.78 | | 39,379.21 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 17.27 | 39,361.94 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.72 | 39,307.22 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 62.19 | 39,245.03 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.42 | 39,190.61 |
| 02/15/16 | 101 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-002 | | 39.90 | 39,150.71 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.33 | 39,096.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 61.69 | 39,034.69 |
| | | | **ACCOUNT TOTALS** | | **39,379.21** | **344.52** | **$39,034.69** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **39,379.21** | **344.52** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,379.21** | **$344.52** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7766** | **39,379.21** | **344.52** | **39,034.69** |
| | **$39,379.21** | **$344.52** | **$39,034.69** |

{} Asset reference(s)

Printed: 04/01/2016 11:17 AM V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 20, 2016

**Case Number:** 15-31399  
**Debtor Name:** JEONG, IN YOUNG

Page: 1

**Date:** April 1, 2016  
**Time:** 11:17:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $4,653.47 | $0.00 | 4,653.47 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $29.70 | $0.00 | 29.70 |
| 1<br>610 | BBCN Bank<br>Wendy Kaleta Gattone,McFaddon & Dillon,<br>P.C.,120 S. LaSalle St., Ste 1335<br>Chicago, IL 60603 | Unsecured | Claim withdrawn as duplicate on 1/7/16 Docket # 24 | $0.00 | $0.00 | 0.00 |
| 2<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXXXXXXXXXX1983 | $215.48 | $0.00 | 215.48 |
| 3<br>610 | BBCN Bank<br>Wendy Kaleta Gattone,McFaddon & Dillon,<br>P.C.,120 S. LaSalle St., Ste 1335<br>Chicago, IL 60603 | Unsecured | XXXXXXXXXXXXXXXXXX0708 | $92,407.53 | $0.00 | 92,407.53 |
| NOTFILED<br>610 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX9482 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Syncb/tjx Cos<br>Po Box 965015<br>Orlando, FL 32896 | Unsecured | XXXXXXXXXXXX1594 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | Unsecured | XXXXXXXXX1223 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX9485 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Syncb/toysrusdc<br>Po Box 965005<br>Orlando, FL 32896 | Unsecured | XXXXXXXXXXXX1163 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Synchrony Bank/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXXX3700 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Synchrony Bank/ JC Penney<br>Attn: Bankruptcy Dept<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXX7890 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Synchrony Bank/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXXX2200 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 20, 2016

**Case Number:** 15-31399
**Debtor Name:** JEONG, IN YOUNG

Page: 2

**Date:** April 1, 2016
**Time:** 11:17:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Toyota Motor Credit Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Unsecured | XXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXX3681 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/ Old Navy<br>Attention: GEMB<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXX8348 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | National City Bank<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | Unsecured | XXXXX9184 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXX7785 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 | Unsecured | XXXXXXXXX5120 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/bstby<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Unsecured | XXXXXXXXXXX2855 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/carsn<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | XXXXXX1901 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Amex Dsnb<br>Po Box 8218<br>Mason, OH 45040 | Unsecured | XXXXXXXXXXX2124 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Unsecured | XXXXXXXX3698 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX8059 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX6334 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Harlem Furniture<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | XXXXXXXXXXX8330 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 20, 2016

**Case Number:** 15-31399  
**Debtor Name:** JEONG, IN YOUNG  

Page: 3

**Date:** April 1, 2016  
**Time:** 11:17:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | XXXXX3947 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX1313 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179 | Unsecured | XXXXXXXXXXXX4231 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX9384 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 97,306.18 | 0.00 | 97,306.18 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-31399
Case Name: JEONG, IN YOUNG
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 39,034.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,034.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 4,653.47 | 0.00 | 4,653.47 |
| Trustee, Expenses - Ira Bodenstein | 29.70 | 0.00 | 29.70 |

Total to be paid for chapter 7 administration expenses: $ 4,683.17
Remaining balance: $ 34,351.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,351.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 34,351.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 92,623.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | American Express Bank, FSB | 215.48 | 0.00 | 79.92 |
| 3 | BBCN Bank | 92,407.53 | 0.00 | 34,271.60 |
| | Total to be paid for timely general unsecured claims: | | $ | 34,351.52 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |
| | Total to be paid for subordinated claims: | $ | | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**