# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JEONG, IN YOUNG § Case No. 15-31399
      JEONG, WON SUN §
 §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,262.00 *(without deducting any secured claims)* | Assets Exempt: $7,900.00 |
| Total Distribution to Claimants: $34,351.52 | Claims Discharged Without Payment: $60,375.49 |
| Total Expenses of Administration: $5,027.69 | |

    3) Total gross receipts of $ 39,379.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,379.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,027.69 | 5,027.69 | 5,027.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,787.00 | 185,030.54 | 92,623.01 | 34,351.52 |
| **TOTAL DISBURSEMENTS** | $68,787.00 | $190,058.23 | $97,650.70 | $39,379.21 |

4) This case was originally filed under Chapter 7 on September 15, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2016            By: /s/Ira Bodenstein
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Business checking at zero due to citation | 1129-000 | 33,492.78 |
| Chase Personal checking at zero due to citation | 1129-000 | 5,886.43 |
| **TOTAL GROSS RECEIPTS** | | **$39,379.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 4,653.47 | 4,653.47 | 4,653.47 |
| Ira Bodenstein | 2200-000 | N/A | 29.70 | 29.70 | 29.70 |
| Rabobank, N.A. | 2600-002 | N/A | 17.27 | 17.27 | 17.27 |
| Rabobank, N.A. | 2600-002 | N/A | 54.72 | 54.72 | 54.72 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-002 | N/A | 62.19 | 62.19 | 62.19 |
| Rabobank, N.A. | 2600-002 | N/A | 54.42 | 54.42 | 54.42 |
| Arthur B. Levine Company | 2300-002 | N/A | 39.90 | 39.90 | 39.90 |
| Rabobank, N.A. | 2600-002 | N/A | 54.33 | 54.33 | 54.33 |
| Rabobank, N.A. | 2600-002 | N/A | 61.69 | 61.69 | 61.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,027.69** | **$5,027.69** | **$5,027.69** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BBCN Bank | 7100-000 | N/A | 92,407.53 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | 262.00 | 215.48 | 215.48 | 79.92 |
| 3 | BBCN Bank | 7100-000 | 66,421.00 | 92,407.53 | 92,407.53 | 34,271.60 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/tjx Cos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/toysrusdc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Synchrony Bank/ JC Penney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/ Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex Dsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 2,104.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Harlem Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First/CFNA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/The Home Depot Citicorp Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,787.00 | $185,030.54 | $92,623.01 | $34,351.52 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31399  
**Case Name:** JEONG, IN YOUNG  
JEONG, WON SUN  
**Period Ending:** 08/23/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 09/15/15 (f)  
**§341(a) Meeting Date:** 10/30/15  
**Claims Bar Date:** 01/20/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Chase Business checking at zero due to citation  Orig. Asset Memo: Orig. Description: Chase Business checking at zero due to citation to discover.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 33,492.78 | FA |
| 2  Chase Personal checking at zero due to citation  Orig. Asset Memo: Orig. Description: Chase Personal checking at zero due to citation to discover.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 5,886.43 | FA |
| 3  Household goods and furnishings.  Orig. Asset Memo: Orig. Description: Household goods and furnishings.; Imported from original petition Doc# 1; Exemption: Household goods and furnishings.  -  Amount: 900.00 | 900.00 | 0.00 | | 0.00 | FA |
| 4  Wearing apparel  Orig. Asset Memo: Orig. Description: Wearing apparel; Imported from original petition Doc# 1; Exemption: Wearing apparel  -  Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5  White Cleaners, 50/50 ownership of business 9003  Orig. Asset Memo: Orig. Description: White Cleaners, 50/50 ownership of business 9003 151st Orland Park, IL 60462; Imported from original petition Doc# 1; Exemption: White Cleaners, 50/50 ownership of business 9003 151st Orland Park, IL 60462  -  Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  2007 Toyota Camry with 100,000 miles PIF  Orig. Asset Memo: Orig. Description: 2007 Toyota Camry with 100,000 miles PIF; Imported from original petition Doc# 1; Exemption: 2007 Toyota Camry with 100,000 miles  -  Amount: 4800.00 | 5,900.00 | 0.00 | | 0.00 | FA |
| 7  2000 Ford Winstar with 100,000 miles PIF  Orig. Asset Memo: Orig. Description: 2000 Ford Winstar with 100,000 miles PIF; Imported from original petition Doc# 1 | 1,262.00 | 0.00 | | 0.00 | FA |
| 7  Assets   Totals (Excluding unknown values) | **$10,262.00** | **$0.00** | | **$39,379.21** | **$0.00** |

Document      Page 7 of 8

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-31399  
**Case Name:** JEONG, IN YOUNG  
JEONG, WON SUN  
**Period Ending:** 08/23/16

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 09/15/15 (f)  
**§341(a) Meeting Date:** 10/30/15  
**Claims Bar Date:** 01/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

4/1/2016-TFR submitted to UST office for review and approval on 4/1/2016.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016        **Current Projected Date Of Final Report (TFR):**   April 25, 2016  (Actual)

Printed: 08/23/2016 10:13 AM     V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-31399
**Case Name:** JEONG, IN YOUNG
JEONG, WON SUN
**Taxpayer ID #:** **-***1822
**Period Ending:** 08/23/16

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******7766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/15 | {2} | Chase | Funds sent from closed account # ..........9491 | 1129-000 | 5,886.43 | | 5,886.43 |
| 10/20/15 | {1} | McFadden & Dillon PC | Return of funds from Citiation of Chase Bank account | 1129-000 | 33,492.78 | | 39,379.21 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 17.27 | 39,361.94 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.72 | 39,307.22 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 62.19 | 39,245.03 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.42 | 39,190.61 |
| 02/15/16 | 101 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-002 | | 39.90 | 39,150.71 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 54.33 | 39,096.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 61.69 | 39,034.69 |
| 05/19/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $29.70, Trustee Expenses;  Reference: | 2200-000 | | 29.70 | 39,004.99 |
| 05/19/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $4,653.47, Trustee Compensation;  Reference: | 2100-000 | | 4,653.47 | 34,351.52 |
| 05/19/16 | 104 | American Express Bank, FSB | Dividend paid  37.08% on $215.48; Claim# 2; Filed: $215.48; Reference: XXXXXXXXXXXX1983 | 7100-000 | | 79.92 | 34,271.60 |
| 05/19/16 | 105 | BBCN Bank | Dividend paid  37.08% on $92,407.53; Claim# 3; Filed: $92,407.53; Reference: XXXXXXXXXXXXXXXX0708 | 7100-000 | | 34,271.60 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 39,379.21 | 39,379.21 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 39,379.21 | 39,379.21 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$39,379.21** | **$39,379.21** | |

Net Receipts :                39,379.21
Less Other Noncompensable Items :       344.52

Net Estate :           $39,034.69

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7766 | 39,379.21 | 39,379.21 | 0.00 |
| | $39,379.21 | $39,379.21 | $0.00 |

{} Asset reference(s)